# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY D. SINGLETON

NO. 2021 KW 0735

**AUGUST 16, 2021**

---

In Re:   Larry D. Singleton, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 19-CR-000143.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the transcript of the April 26, 2021 proceeding and any other portion of the district court record that would support the claim raised in the writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before September 15, 2021. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT